LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Plaintiff,
SKY BILLIARDS, INC.

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SKY BILLIARDS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>APONTUS, LLC, a California limited liability company, HOA CHENG, an individual, DAVID TRINH, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: EDCV13-1299 PA (DTBx)<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>**(1) INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK (15 U.S.C. §1114; Lanham Act 32);**<br><br>**(2) FEDERAL COUNTERFEITING (15 U.S.C. 1114(1)(a), 1116(d))**<br><br>**(3) FEDERAL UNFAIR COMPETITION (15 U.S.C. § 1125(a); Lanham Act §43(a));**<br><br>**(4) COMMON LAW TRADEMARK INFRINGEMENT;**<br><br>**(5) COMMON LAW UNFAIR COMPETITION; and**<br><br>**(7) CALIFORNIA UNFAIR COMPETITION (Cal. Bus. & Prof. Code §17200).**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT FOR DAMAGES – Page 1

1  Plaintiff, SKY BILLIARDS, INC. ("Sky") by and for its Complaint for
2  Damages, hereby alleges on personal knowledge as to its own actions, and upon
3  information and belief as to the actions of others, as follows:

**INTRODUCTION**

5    1.    This is an action in law and equity for, *inter alia*, trademark
6  infringement, counterfeiting, and unfair competition.

7    2.    Plaintiff Sky is in the business of importing a wide variety of goods
8  into the United States and selling such goods throughout the United States via the
9  Internet under its federally registered trademark SKY ENTERPRISE USA, U.S.
10  trademark registration no.:4344274.

11    3.    Sky takes great care in selecting and importing only goods that meet
12  Sky's high standards of craftsmanship and quality and Sky invests time, money,
13  and effort into its distribution infrastructure and customer service such that
14  consumers have grown to trust the mark SKY ENTERPRISE USA and associate it
15  with an efficient, satisfying, and a high quality purchasing experience.

16    4.    Sky believes that its investment of time, money, and effort into its
17  product selection, distribution infrastructure, and customers service have caused its
18  federally registered trademark SKY ENTERPRISE USA to amass significant
19  goodwill and that its investments have produced valuable returns in the form of
20  repeat business and word-of-mouth marketing via satisfied customers.

21    5.    Recently it has come to the attention of SKY that Defendants HOA
22  CHENG ("Cheng") and Defendant DAVID TRINH ("Trinh"), through their
23  company Defendant APONTUS, LLC ("Apontus") (together "Defendants"), are
24  intentionally and willfully attempting to profit from Sky's goodwill and reputation
25  in bad faith by offering for sale and selling counterfeit products under Sky's mark
26  SKY ENTERPRISE USA through the website www.amazon.com under the seller
27  identity "expectsavings."  Defendants' are misrepresenting that their products are
28  provided by or affiliated with Sky and are defrauding consumers who have come to

1   expect high quality goods and customer services provided by SKY and are

2   harming the goodwill associated with Sky's federally registered trademark, SKY

3   ENTERPRISE USA, by falsely associating Defendants' inferior quality goods and

4   customer service with the mark.

5         6.      Sky is informed and believes, and based thereon alleges, that

6   Defendants' infringing activity is systematic and willful or done with reckless

7   disregard for Sky's intellectual property rights and asks that this Court enjoin

8   Defendants' unlawful activities and pay appropriate damages pursuant to the above

9   referenced federal and state statutes and common law.

10                              **THE PARTIES**

11        7.      SKY BILLIARDS, INC. is a corporation formed under the laws of the

12  state of California that maintains a principle place of business at 10955 Arrow

13  Route, Suite 103, Rancho Cucamonga, California 91730.

14        8.      Upon information and belief, APONTUS, LLC is a limited liability

15  company formed under the laws of the state of California that maintains a principal

16  place of business at 2038 Durfee Avenue, South El Monte, CA 91733.

17        9.      Upon information and belief, HOA CHEN is an individual and

18  resident of the state of California and owner of APONTUS, LLC who maintains a

19  residence at 2038 Durfee Avenue, South El Monte, California 91733.

20        10.     Upon information and belief, DAVID TRINH is an individual and

21  resident of the state of California who owner of APONTUS, LLC and maintains a

22  residence at 9152 De Adalena Street, Rosemead, California 91770.

23        11.     The true names, and identities or capacities, whether individual,

24  associate, corporate or otherwise of DOES 1 through 10, inclusive, are unknown to

25  Sky, who therefore sues said defendants by fictitious names.  Sky is informed and

26  believes, and on such information and belief, alleges that each of the Defendants

27  sued herein as a DOE are legally responsible in some manner for the events and

28  happenings referred herein.  When the true names, identities and capacities of such

1  fictitiously designated defendants are ascertained, Sky will ask leave of the Court
2  to amend this complaint to insert said true names, identities and capacities,
3  together with proper charging allegations.

4  **JURIDISCTION AND VENUE**

5      12.   This is an action seeking permanent injunctive relief, monetary
6  remedies, other equitable remedies, and attorneys' fees based on the trademark
7  infringement, counterfeiting, and the unfair competition of Defendant Apontus,
8  LLC and its owners Defendant Chen and Defendant Trinh in connection with
9  Plaintiff's federally registered trademark SKY ENTERPRISE USA, Reg No.:
10  4344274.  These unlawful acts have occurred primarily in the State of California,
11  and more specifically in the Central District of California.

12      13.   This Court has subject matter jurisdiction over this lawsuit pursuant to
13  15 U.S.C. §§ 1121 and 1125(a) and 28 U.S.C. §§1331, 1338, and 1367, and
14  pursuant to the Court's pendent jurisdiction.

15      14.   This Court has jurisdiction over Defendant Chen because, *inter alia,*
16  he resides within the state of California and within the Central District.

17      15.   This Court has jurisdiction over Defendant Trinh because, *inter alia,*
18  he resides within the state of California and within the Central District.

19      16.   This Court has personal jurisdiction over Defendant Apontus because,
20  *inter alia,* Apontus is located within the state of California and through its
21  advertising and sales to customers located in California and in the Central District,
22  is present in this judicial district, transacts business in this judicial district, and has
23  committed acts in this judicial district upon which the claims asserted in this
24  lawsuit are based.

25      17.   Venue is proper in the Central District of California pursuant to 28
26  U.S.C. §§1391(b), (c).

27

28

## COUNT I
## INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK
## 15 U.S.C. §1114 (LANHAM ACT §32)

18.     Sky hereby incorporates by reference each and every allegation contained in paragraphs 1 through 17 as though fully set forth herein, and makes the following allegations on information and belief.

19.     Sky is the owner of U.S. Trademark Registration No.:4344274 for the mark SKY ENTERPRISE USA for: *Machinery, namely, gas generators, electric hoist winches, engine stands, and bearing pullers* in international class 007; *Musical instruments, namely, acoustic and electric guitars* in international class 015; *Toys and sporting goods, namely, radio controlled boats, cars, trucks, airplanes, helicopters, and robots, and surf and skim boards* in international class 028; and *Online retail services, namely, the bringing together of a variety of goods and displaying them for consumers to view, enabling consumers view and purchase those goods* in international class 035.

20.     Sky's U.S. federal trademark registration no: 4344274 is valid, subsisting, and in full force and effect.

21.     Defendants' are actively selling a variety of goods on the Internet including the website www.amazon.com using the seller identity "expectsavings."

22.     Defendants, through their seller identify "expectsavings," purport to sell a variety of goods that are provided by or affiliated with SKY ENTERPRISE USA.

23.     Exhibit A shows a screenshot from the website www.amazon.com wherein the seller by the name of "expectsavings" is offering to sell a "Deluxe Red Sky Air Chair Swing Hanging Hammock Chair with Pillow & Drink Holder" provided "*by Sky Enterprise USA.*"

24.     Exhibit B shows a screenshot from the website www.amazon.com wherein the seller by the name of "expectsavings" is offering to sell a product

described as "30" Barber Pole Light Red White Blue Stripes Rotating Metal Hair Salon Shop" provided "*by Sky Enterprise USA.*"

25. Exhibit C shows a screenshot from the website www.amazon.com wherein the seller by the name of "expectsavings" is offering to sell a product described as "Motorized Electric Auto Projector Projection Screen 100" 4:3 Dsiplay Hd" provided "*by Sky Enterprise USA.*"

26. Exhibit D shows a screenshot from the website www.amazon.com wherein the seller by the name of "expectsavings" is offering to sell a product described as "New Deluxe Green Sky Air Chair Swing Hanging Hammock Chair w/Pillow & Drink Hodler" provided "*by Sky Enterprise USA.*"

27. Exhibit E shows a screenshot from the website www.amazon.com wherein the seller by the name of "expectsavings" is offering to sell a product described as "New Deluxe Blue Sky Air Chair Swing Hanging Hammock Chair w/Pillow & Drink Hodler" provided "*by Sky Enterprise USA.*"

28. Defendants conduct is likely to cause confusion, to cause mistake or to deceive customers as to the origin, source, or sponsorship of Defendants' good and services, and is likely to create the false impression that Defendants' goods and services are authorized, sponsored, endorsed, or licensed by, or affiliated with, Sky.

29. Defendants' conduct is willful, in bad faith, and with full knowledge that Defendants have no right, license, or authority to use the trademark mark SKY ENTERPRISE USA or any other designation similar thereto.

30. Defendants' conduct is intended to reap the benefit of the goodwill that Sky has amassed in the mark SKY ENTERPRISE USA, and constitutes infringement of Sky's federally registered trademark in violation of §32(1) of the Lanham Act, 15 U.S.C. §1114(1).

31. Because Defendants' are using a mark that is confusingly similar to the Sky's mark, SKY ENTERPRISE USA, in connection with U.S. commerce in

an unauthorized manner, Defendants' have caused and are causing substantial irreparable harm to the goodwill associated with Sky's federally registered mark and will continue to damage Sky, and to deceive consumers unless enjoined by this Court.

32.     Sky has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by Defendants' continued use of a mark in commerce that is identical and therefore confusingly similar to the Sky's trademark, SKY ENTERPRISE USA.

## COUNT II
## FEDERAL COUNTERFEITING
### 15 U.S.C. 1114(1)(a), 1116(d)

33.     Sky hereby incorporates by reference each and every allegation contained in paragraphs 1 through 32 as though fully set forth herein, and makes the following allegation on information and belief.

34.     Sky is the owner of the federally registered mark, SKY ENTERPRISE USA, Reg. no.: 4344274.

35.     Defendants offered to sell goods and services on the Internet under the identical trademark, SKY ENTERPRISE USA, without the authorization or permission from Sky.

36.     Defendants' use of the trademark, SKY ENTERPRISE USA, is a spurious and intentional act to benefit from the goodwill, popularity, reputation, and demand for goods associated with the trademark mark SKY ENTERPRISE USA.

37.     Defendants are currently, and have at all times relevant to this action, been aware that the mark SKY ENTERPRISE USA is owned by Sky, and that Defendants do not have Sky's authorization or permission to use Sky's trademark.

38.     Sky has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by Defendants' continuous sale and offer for sale of counterfeit goods.

COMPLAINT FOR DAMAGES – Page 7

## COUNT III
## FEDERAL UNFAIR COMPETITION
## 15 U.S.C. §1125(a) (LANHAM ACT §43(a))

39. Sky repeats and incorporates by reference the allegations contained in paragraphs 1 through 38 as if fully set forth herein.

40. The conduct of Defendants is likely to cause confusion, to cause mistake or to deceive consumers as to the origin, source, or sponsorship of the services provided by Defendants, and is likely to create the false impression that such services are authorized, sponsored, endorsed or licensed by, or affiliated with Sky, the owner of the mark SKY ENTERPRISE USA and is generally unfair and deceptive.

41. The conduct of Defendants constitutes unfair competition, false designation of origin, false advertising, false representation of fact, and false description in violation of §42(a) of the Lanham Act, 15 U.S.C. §1125(a).

42. Because Defendants are using a mark confusingly similar to the mark SKY ENTERPRISE USA in connection with U.S. commerce in an unauthorized manner, Defendants have caused and are causing substantial irreparable harm to Sky and its federally registered trademark and will continue to damage Sky, and to deceive consumers, unless enjoined by this Court.

43. Sky has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by Defendant's continued use of a mark in commerce that is confusingly similar to the Sky's mark, SKY ENTERPRISE USA.

## COUNT IV
## COMMON LAW TRADEMARK INFRINGEMENT

44. Sky repeats and incorporates by reference the allegations contained in paragraphs 1 through 43 as if fully set forth herein.

45. Sky has used its trademark, SKY ENTERPRISE USA, to sell goods on the Internet throughout the United States at least as early as March 8, 2006.

46.   Sky's mark, SKY ENTERPRISE USA, is inherently distinctive; therefore, common law trademark rights vested with Sky as soon as Sky began using the mark in U.S. commerce.

47.   With full knowledge of Sky's trademark, SKY ENTERPRISE USA, Defendants subsequently began using the identical mark in U.S. commerce in conjunction with identical or confusingly similar goods.

48.   The conduct Defendants is likely to cause confusion, to cause mistake, and to deceive customers as to the origin, source, or sponsorship of Defendants' goods, and is likely to create the false impression that Defendants' goods are authorized, sponsored, endorsed or licensed by, or affiliated with Sky.

49.   Defendants had actual knowledge of Sky's exclusive rights in its trademark, SKY ENTERPRISE USA prior to using the identical mark in U.S. commerce.

50.   The conduct of Defendants is willful, in bad faith, and with full knowledge that Defendants have no right, license or authority to use Sky's trademark or any other designation similar thereto.

51.   The conduct of Defendant is intended to reap the benefit of the goodwill that Sky has created in its mark, and constitutes an infringement of Sky's trademark.

52.   Because Defendants are using the trademark SKY ENTERPRISE USA in connection with identical goods sold on the Internet in an unauthorized manner, Defendants have caused and are causing substantial irreparable harm to the distinctiveness and goodwill associated with Sky's common law mark and will continue to damage Sky, and to deceive consumers, unless enjoined by this Court.

53.   Sky has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by Defendants' continued use of the trademark, SKY ENTERPRISE USA, in U.S. commerce.

///

## COUNT V
## COMMON LAW UNFAIR COMPETITION

54.     Sky repeats and incorporates by reference the allegations contained in paragraphs 1 through 55 as if fully set forth herein.

55.     The unlawful conduct of Defendants is likely to continue to cause confusion, to cause mistake and/or deceive consumers as to the origin, source, or sponsorship of goods provided by Defendants in connection with the trademark SKY ENTERPRISE USA, and is likely to create the false impression that the services provided by Defendants are sponsored or affiliate by Sky.

56.     The conduct of Defendants constitutes unfair competition in violation of the common law of California and other states.

57.     The conduct of Defendant is willful, in bad faith, and with full knowledge that Defendants have no right, license or authority to use the trademark SKY ENTERPRISE USA or any other designation confusingly similar thereto.

58.     Because Defendants are using the trademark SKY ENTERPRISE USA in connection with the sale or offer to sell identical goods, Defendants have caused and are causing substantial irreparable harm to Sky and will continue to damage Sky, and to deceive the consuming public, unless restrained and permanently enjoined by this Court.

59.     Sky has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by the Defendants' continued use of unfair business practices.

## COUNT VII
## CALIFORNIA UNFAIR COMPETITION
### Cal. Bus. & Prof. Code §17200

60.     Sky repeats and incorporates by reference the allegations contained in paragraphs 1 through 59 as if fully set forth herein.

61.     The unlawful conduct of Defendants, as alleged above, also constitute unfair, unlawful, and fraudulent business practices in violation of California Business and Professions Code § 17200, et seq.

62.   The wrongful acts of Defendants proximately caused, and will continue to cause substantial injury to Sky including confusion of potential customers, injury to reputation, and diminution of the value of its trademark, SKY ENTERPRISE USA.  These actions will cause imminent irreparable harm and injury to Sky, the amount of which has not been ascertained, if Defendant's acts continue.

63.   As a direct and proximate result of the wrongful acts of Defendants, Sky has been damaged, and is entitled to injunctive relief and restitution in an amount proven at trial.  The acts of Defendants' described herein irreparably injure Sky's business, reputation and goodwill, and will continue to do so unless restrained and permanently enjoined by this Court.

64.   Sky has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by Defendants's continued use of a mark in commerce that is identical, and therefore, confusingly similar to the Sky's mark SKY ENTERPRISE USA.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Sky respectfully request the following relief;

A.   A permanent injunction prohibiting Defendants, their officers, directors, agents, principals, divisions, representatives, servants, employees, associates, subsidiaries, affiliates, attorneys, successors and assigns, and all persons acting by, through, under or in active concert or in participation with or controlled, either directly or indirectly, by any of them, from using the trademark SKY ENTERPRISE USA, or any confusingly similar variation thereof, as, or as a component of, a trademark, trade name or otherwise, in connection with the advertising, promoting, marketing, offering, selling similar goods in the United States, and from otherwise infringing the U.S Trademark Registration No.: 4344274;

B.   An accounting for all profits acquired by Defendants

1  through sales of good in conjunction with the unlawful use of U.S. federal

2  trademark registration no.: 4344274;

3       C.    An award of statutory damages in accordance with

4  15 U.SC. § 1117(c)(2) of $2,000,000 per counterfeit mark per type of product sold,

5  offered for sale, or distributed;

6       D.    For such other relief as the Court deems necessary and proper;

7       E.    An award of treble damages or other enhanced monetary remedies to

8  Sky;

9       F.    An award of attorneys' fees and cost to Sky; and

10       G.    Any such further relief as the Court may deem just and appropriate.

11

12                      **DEMAND FOR JURY TRIAL**

13      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demand is

14  hereby made for trial by jury on all issues triable to a jury.

15

16

17  Dated this 22 day of July, 2013

18

19                By: _____

20                   Kevin M. Welch, Esq. (SBN 254565)

21                   LAW OFFICE OF KEVIN M. WELCH
                   P.O. Box 494

22                   Hermosa Beach, CA 90245
                   Tel.: (310) 929-0553

23                   Email:Kevin@kmwlawoffice.com
                   Attorney for Plaintiff,

24                   Sky Billiards, Inc.

25

26

27

28

# EXHIBIT A



# EXHIBIT B



**EXHIBIT C**



# EXHIBIT D



# EXHIBIT E



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## EDCV13- 1299 PA (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

#### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

The Law Office of Kevin M. Welch
Kevin M. Welch (SBN: 254565)
kevin@kmwlawoffice.com
P.O. Box 494, Hermsoa Beach, CA 90245
Tel.:(310)929-0553, Fax:(310)698-1626

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY BILLIARDS, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>APONTUS, LLC, a California limited liability company; HOA CHENG, an individual; DAVID TRINH, an individual, and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV13-1299 PA(DTBx)<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Kevin M. Welch_____, whose address is _507 2nd Street, Hermsoa Beach, CA 90254_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JUL 2 4 2013

Dated: _____

Clerk, U.S. District Court

By: _____JULIE PRADO_____
            Deputy Clerk

            *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

SKY BILLIARDS, INC., a California corporation,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

APONTUS, LLC, a California limited liability company, HOA CHENG, an individual, DAVID TRINH, an individual, and DOES 1 through 10, inclusive,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Kevin M. Welch (SBN 254565), The Law Office of Kevin M. Welch, P.O. Box 494, Hermosa Beach, CA 90254, Tel.: (310) 929-0553, Fax: (310) 698-1626.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ $2,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1114

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: EDCV13-1299

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County and Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 7/24/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |